RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. ROSENSTEIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for **VICTOR BUSTOS**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-349-KJD-PAL |
| Plaintiff, | **ORDER ON EMERGENCY MOTION TO CONTINUE SENTENCING** |
| vs. | |
| VICTOR BUSTOS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for June 27, 2012 at 9:00 a.m. is continued to July 23, 2012 at 9:00 a.m., Courtroom 6D.

DATED this the 26th day of June, 2012.

_____
United States District Judge

3